1  Gilbert Khachadourian Jr. (SBN 154413)
   **WATSON, KHACHADOURIAN & IAMS, LLP**
2  1000 G Street, 2nd Floor
   Sacramento, CA 95814
3  Telephone: (916) 498-6240
   Facsimile:  (916) 498-6245
4
   Attorneys for Appellee
5  JEFFERSON PILOT SECURITIES

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | District Court Case Number: CV-04-00502 MCE |
| CLAUDE G. COSSU, | |
| Debtor, | Bankruptcy Court Case Number: No. 01-25730-C-7 |
| CLAUDE G. COSSU, | |
| Appellant, | Adversary Proceeding Number: No. 01-2397-C |
| v. | |
| JEFFERSON PILOT SECURITIES, | **AMENDED ORDER ON STIPULATION REMANDING CASE TO BANKRUPTCY COURT FOR FURTHER PROCEEDINGS** |
| Appellee. | |

    Pursuant to the stipulation of the parties, the above-captioned adversary proceeding is hereby ordered remanded to the United States Bankruptcy Court, Eastern District of California, Sacramento Division, for further proceedings consistent with the decision of the United States Court Of Appeals For The Ninth Circuit Ninth in this case.

///

///

///

///

1 | The August 29, 2005 status conference is hereby vacated.

2

3 | DATED: August 31, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE